## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANIEL KING,

        Respondent

          v.

RIVERWATCH CONDOMINIUM
OWNERS ASSOCIATION,

        Petitioner

: No. 56 MM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2016, the Application for Leave to Amend is **GRANTED**. The Application for King's Bench Relief is **DENIED**, without prejudice to pursue other remedies, including disciplinary redress from the Disciplinary Board, against Thomas P. Gannon, Esquire.